IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL OPATHY CALHOUN, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1156 |
| | : | |
| ROSS, INC., | : | |
| *Defendant.* | : | |

# ORDER

AND NOW, this 15th day of July, 2024, upon consideration of Plaintiff Michael Opathy Calhoun's Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**