# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL OPATHY CALHOUN,: | | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1156 |
| | : | |
| ROSS, INC., | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 31st day of July, 2025, upon consideration of Plaintiff Michael Opathy Calhoun's Second Amended Complaint (ECF No. 13), Defendant Ross Stores, Inc.'s Motion to Dismiss the Action and Compel Arbitration (ECF No. 23), Calhoun's Exhibit (ECF No. 26), and Calhoun's handwritten letter in response to the Court's Show Cause Order (*see* ECF Nos. 27 & 28), it is **ORDERED** that:

1.  The Clerk of Court is **DIRECTED** to redesignate ECF No. 26 as Calhoun's Response to Defendant Ross Stores, Inc.'s Motion to Dismiss the Action and Compel Arbitration (ECF No. 23).

2.  Ross's Motion to compel arbitration is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

3.  The parties shall proceed to arbitration in accordance with the Dispute Resolution Agreement (ECF No. 23-2) on Calhoun's claims asserted in the Second Amended Complaint. The parties shall begin the arbitration process within thirty (30) days of the date of this Order.

4.  The Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

5.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

        **BY THE COURT:**

        */s/ Gerald J. Pappert*
        _____
        **Gerald J. Pappert, J.**